IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JOHNAH PETERSON,              )
                              )
      Plaintiff,              )
                              )    CIVIL ACTION NO.
      v.                      )    3:24cv430-MHT
                              )        (WO)
SHERIFF HEATH TAYLOR,         )
et al.,                       )
                              )
      Defendants.             )
```

### OPINION

Pursuant to 42 U.S.C. § 1983, the plaintiff filed this lawsuit asserting claims of malicious procurement of a warrant, false arrest, illegal search and seizure, false imprisonment, and malicious prosecution. Because the allegations of plaintiff's complaint are vague, conclusory, and imprecise, the court ordered the plaintiff to file an amended complaint. *See* Order (Doc. 6). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiff's case be dismissed without

prejudice for failure to comply with a court order to file an amended complaint. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of January, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE