IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JOHNAH PETERSON,              )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )      3:24cv430-MHT
                              )           (WO)
SHERIFF HEATH TAYLOR,         )
et al.,                       )
                              )
    Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 8) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order to file an amended complaint.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 14th day of January, 2025.**

                                     /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE